**In re Jerry Lynn HIGH, Petitioner.**

**No. 12–2550.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2013.

Decided: March 11, 2013.

Jerry Lynn High, Petitioner Pro Se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lynn High petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to set aside the criminal judgment. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on February 25,